# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2856

_____

| | | |
|---|---|---|
| United States, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Antoine Echols Sr., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: October 19, 2007
Filed: October 25, 2007

_____

Before BYE, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Antoine Echols has filed an untimely notice of appeal (NOA) from the district court's[1] June 25, 2007 denial of his 18 U.S.C. § 3583(e)(1) motion for early termination of his supervised release. Echols filed his NOA within forty days of entry of the June 25 order, however, and thus we remand to the district court to determine whether Echols's failure to file a timely NOA was due to excusable neglect, and if so, whether the time for filing his NOA should be extended. See Fed. R. App. P. 4(b)(4); United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam).

_____

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.